In the Matter of the Claim of MARIA HELENA BATTISTI, Respondent, against R. G. H. UTILITIES CONSTRUCTION COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence identifying claimants as the widow and children of the deceased. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

In the Matter of the Claim of STEVE WARAK, Respondent, against CERTAIN-TEED PRODUCTS CORPORATION, Appellant, and STATE INSURANCE FUND.  STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board.  The doctors' bills are allowed on the authority of *Matter of Weisberg* v. *Alexander Bros. Furniture Co.* (235 App. Div. 57).  Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., concurs on the ground that the medical treatment furnished by the employer was inadequate.

In the Matter of the Claim of CARMINE BOCCABELLA, Appellant, against ALEX HONIGMAN and Others, Respondents.  STATE INDUSTRIAL BOARD, Respondent.— Decision affirmed.  Hill, P. J., Crapser and Heffernan, JJ., concur; Rhodes and Bliss, JJ., dissent.

In the Matter of the Claim of EDNA GARRIBBA, Respondent, against YUNI COSTUME COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRED LEIZE, Respondent, against D. E. HORTON CONSTRUCTION COMPANY and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of DOMINICK DIRISIO, Respondent, against JOHN CATERINO, Alleged Employer, Appellant, and STANLEY KAJDASZ, Alleged Employer, Respondent.  STATE INDUSTRIAL BOARD, Respondent.*—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the claimant was an employee of an independent contractor and not of the appellant.  Hill, P. J., Crapser and Bliss, JJ., concur; Rhodes and Heffernan, JJ., dissent and vote to affirm.

In the Matter of the Claim of EDNA LEFKOWITZ, Respondent, against WHITE MOUNTAIN LAUNDRY, INC., and Another, Appellants.  STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.  Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.